## HERBERT M. HELLER *v.* NAOMI HELLER
### (7718)

O'CONNELL, NORCOTT and FOTI, Js.

Argued May 10—decision released May 16, 1990

*Maureen D. Dennis,* with whom was *P. Benedict Fraser,* for the appellant (plaintiff).

*Harold E. Stuart,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

## ANNE M. SALTUS *v.* DONALD SALTUS
### (8229)

O'CONNELL, NORCOTT and FOTI, Js.

Argued May 10—decision released May 16, 1990

*Mary Badoyannis,* for the appellant (defendant).

*Anthony A. Piazza,* with whom, on the brief, was *Shelagh M. Neary,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.